## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____– Civ (Judge's Last Name/Magistrate's Last Name)

TERESA RODRIGUEZ

    Plaintiff (s)

vs.

ROYAL CARIBBEAN CRUISES LIMITED

    Defendant(s)
_____/

## COMPLAINT

I, TERESA RODRIGUEZ, as plaintiff, in the above styled cause, sue defendant ROYAL CARIBBEAN CRUISES LIMITED this action is filed under:

Dated:   April 11, 2016        Respectfully submitted,
                                                /s/ Michael P. Weisberg
                                                Attorney Bar Number 106375
                                                weisbergandweisberglaw@gmail.com
                                                1300 Coral Way, Ste. 300
                                                Miami, Florida 33145
                                                Telephone: (305) 854-0996
                                                Facsimile: (305) 403-0440

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by email on April 11, 2016 on all counsel or parties of record on the Service List below.

/s/Michael P. Weisberg
Signature of Filer

## SERVICE LIST

| | |
|---|---|
| Michael P. Weisberg | Fernando Pomares |
| weisbergandweisberglaw@gmail.com | fpomares@pomareslaw.com |
| 1300 Coral Way, Ste. 300 | 12002 SW 128th Court |
| Miami, Florida 33145 | Miami, Florida 33186 |
| Telephone: (305)-954-0996 | Telephone: (305) 256-2265 |
| Facsimile: (305) 403-0440 | Facsimile: (305)256-2275 |
| Attorneys for Plaintiff | Co- Counsel for Plaintiff |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____– Civ (Judge's Last Name/Magistrate's Last Name)

TERESA RODRIGUEZ,

    Plaintiff (s)

vs.

ROYAL CARIBBEAN CRUISES LIMITED

    Defendant(s)
_____/

# C O M P L A I N T

1. COMES NOW, the Plaintiff, by and through her undersigned attorney and files this her claim for injuries resulting from an accident upon the vessel owned and/or operated by ROYAL CARIBBEAN CRUISES LIMITED, known as the Legend of the Seas on or about April 18, 2015.

2. The Plaintiff alleges that the ticket was purchased in Miami Dade County, Florida and that pursuant to the contents of the ticket contract Exhibit "A" as required by the Defendant a lawsuit must be filed within the Federal Court herein in Miami Dade County Florida, thereupon giving jurisdiction to the court for bringing this claim.

3. That the Plaintiff alleges that on the aforementioned date and upon the vessel previously set forth herein she was caused to slip and fall as a result of the slippery condition of the shower area within her cabin.

4. That Plaintiff alleges that the Defendant through its agent services and employees had just recently cleaned the shower and should have left it in the condition wherein the Plaintiff should be reasonably safe in using same.

5.  The Plaintiff alleges that as a result of a virus which had afflicted numerous people upon the vessel, and the Defendant used extraordinary care in attempting to sterilize the rooms and other facilities within the vessel.

6. That Plaintiff has no knowledge of what substances were used upon the floors, but acknowledges that upon entering the shower area in her compartment the Plaintiff was caused to fall upon the floor as a result of an unreasonably slippery and dangerous condition upon the floor for which the Defendant either created or knew of and failed to take action to notify the Plaintiff herein of said condition.

7. That the Defendant's actions were negligent and careless in caring for the bathroom floor and that such negligence was the direct and proximate cause of Plaintiff's injuries.

8.  Further, Plaintiff claims that she has met all conditions precedent pursuant to the ticket agreement and pursuant to all law governing maritime claims, prior to the filing of this particular cause of action.

9. That as a direct and proximate result of the aforementioned action of the Defendant which were taken in a negligent and careless manner the Plaintiff was injured in about her body and extremities suffered pain therefrom, incurred medical expenses and hospital expenses in the past and into the future and has suffered pain and suffering both in the past and continuing for the reminder of her life.

**WHEREFORE**, Plaintiff demands judgment for damages against the Defendant, plus trial by jury and all matters triable as a matter of right by jury.

/s/Michael P. Weisberg
1300 Coral Way, Suite 300
Miami, Florida 33145
Tel: (305) 854-0996
Fax: (305) 403-0440
Weisbergandweisberglaw@gmail.com